# ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

SEP 2 9 2006

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 06 - 00021 |
| Plaintiff, | |
| vs. | **PETITION FOR WRIT OF REMOVAL** |
| HAJI SUBANDI, | |
| Defendant. | |

Petitioner, United States Attorney for the District of Guam, respectfully shows this Court that:

On September 19, 2006, a sealed Indictment was filed in the United States District Court for the District of Maryland, against the Defendant HAJI SUBANDI, under Criminal Case No. CCB-06-0416. The Defendant was charged with certain offenses, and subsequently the United States District Court for the District of Maryland issued a Warrant for Arrest of Defendant. See United States' Application to Seal Exhibits A and B. The Defendant was later arrested by a Special Agent of the U.S. Immigration and Customs Enforcement.

//
//
//

1  WHEREFORE, petitioner prays this Court to issue a Warrant of Removal pursuant to

2  Fed.R.Crim.P. 5(c) for said Defendant to be removed from the District of Guam to the District of

3  Maryland.

4      Dated this _24th_ day of September, 2006.

5

6                                      LEONARDO M. RAPADAS
                                       United States Attorney
7                                      Districts of Guam and NMI

8

9                          By:      _____
                                       MARIVIC P. DAVID
10                                     Assistant U.S. Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28