# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**

City _Hagåtña_

Country/Parish _N/A_

**Related Case Information:**

Superseding Indictment _____ Docket Number **06 - 00021**

Same Defendant _____ New Defendant _X_

Search Warrant Case Number _____

R 20/ R 5(c) from _District of Maryland_

**Defendant Information:**

Juvenile: Yes ___ No _X_   Matter to be sealed: ___ Yes _X_ No

Defendant Name _HAJI SUBANDI_

Allisas Name _____

Address _____

**RECEIVED SEP 29 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

Birth date _XX/XX/1937_ SS# _N/A_ Sex _M_ Race _A_ Nationality _Republic of Indonesia_

**U.S. Attorney Information:**

AUSA _Marivic P. David_

Interpreter: ___ No _X_ Yes   List language and/or dialect: _Indonesian_

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: _3_   ___ Petty  ___ Misdemeanor  _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371, and 22 U.S.C. § 2278 | CONSPIRACY TO EXPORT ARMS AND AMMUNITION | 1 |
| Set 2 | 18 U.S.C. § 2339B(A)(1) | CONSPIRACY TO PROVIDE MATERIAL SUPPORT TO A FOREIGN TERRORIST ORGANIZATION | 2 |
| Set 3 | 18 U.S.C. § 1956(a)(2)(A), and 18 U.S.C. § 2 | MONEY LAUNDERING | 3 |
| Set 4 | | | |

(Continued on reverse)

Date: _9/29/06_   Signature of AUSA: _[signature]_

**ORIGINAL**