# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: MJ-06-00021               DATE: September 29, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori            Court Recorder: Leilani Hernandez
Courtroom Deputy: Virginia T. Kilgore   Electronically Recorded: 6:59:25 - 7:07:12
CSO: F. Tenorio

**APPEARANCES:**
Defendant: Haji Subandi               Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.    ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Marivic P. David       U.S. Agent: John Burgess, B.I.C.E.
U.S. Probation: Carleen Borja         U.S. Marshal: R. Lumagui / V. Roman / J. Curry
Interpreter:                          Language:

**PROCEEDINGS: Initial Appearance on Petition for Removal**
- Federal Public Defender appointed to represent the defendant.
- Defendant advised of his rights.
- Identity Hearing set for: October 4, 2006 at 10:00 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: