LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
OCT -2 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        vs.<br><br>HAJI SUBANDI,<br><br>    Defendant. | MAGISTRATE CASE NO. 06-00021<br><br>**ORDER**<br>re United States' Application<br>to Seal Exhibits A and B |

This matter having come before this Honorable Court based on the United States' Application to Seal Exhibits A and B, filed September 29, 2006, in the above-captioned matter; and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the Application to Seal and Exhibits A and B attached thereto be sealed until otherwise ordered by the Court.

DATE: September 29, 2006

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

**ORIGINAL**