ORIGINAL



FILED
DISTRICT COURT OF GUAM

OCT -2 2006

MARY L.M. MORAN
CLERK OF COURT

1   LEONARDO M. RAPADAS
    United States Attorney
2   MARIVIC P. DAVID
    Assistant U.S. Attorney
3   Suite 500, Sirena Plaza
    108 Hernan Cortez Ave.
4   Hagåtña, Guam 96910
    Tel: (671) 472-7332/7283
5   Fax: (671) 472-7334

6   Attorneys for the United States of America

7       **IN THE UNITED STATES DISTRICT COURT**

8         **FOR THE DISTRICT OF GUAM**

9

10   UNITED STATES OF AMERICA,     )    MAGISTRATE CASE NO. 06-00021
                        )
11             Plaintiff,    )
                        )
12       vs.            )   **UNITED STATES' APPLICATION**
                        )   **TO UNSEAL EXHIBITS A AND B**
13                         )
                        )
14   HAJI SUBANDI,         )
                        )
15            Defendant.   )
      —————————————————————— )
16

17       COMES NOW the United States moves this Honorable Court for an order unsealing

18   Exhibits A and B, in the above-entitled cause, for the reason that on September 29, 2006, the

    Indictment in Criminal Case No. CCB-06-0416, was unsealed in the District of Maryland. See

19   attached docket report.

20       Respectfully submitted this 2nd day of October, 2006.

21

22                         LEONARDO M. RAPADAS
                        United States Attorney
23                         Districts of Guam and NMI

24

25         By:   ——————————————————
                        MARIVIC P. DAVID
26                         Assistant U.S. Attorney

27

28

# U.S. District Court
## District of Maryland (Baltimore)
## CRIMINAL DOCKET FOR CASE #: 1:06-cr-00416-CCB All Defendants

Case title: USA v. Osman et al                    Date Filed: 09/19/2006

---

Assigned to: Judge Catherine C. Blake

### Defendant
### Haniffa Bin Osman (1)

| Pending Counts | Disposition |
| --- | --- |
| 18:371 CONSPIRACY TO Export Arms & Munitions (1) | |
| 18:2339B(a)(1) CONSPIRACY TO Provide Material Support to a Foreign Terrorist Organization (2) | |
| 18:1956(a)(2)(A) Money Laundering; 18:2 Aiding & Abetting (3) | |

### Highest Offense Level (Opening)
Felony

| Terminated Counts | Disposition |
| --- | --- |
| None | |

### Highest Offense Level (Terminated)
None

| Complaints | Disposition |
| --- | --- |
| None | |

---

Assigned to: Judge Catherine C. Blake

### Defendant
### Erick Wotulo (2)

| Pending Counts | Disposition |
| --- | --- |

18:371 CONSPIRACY TO Export
Arms & Munitions
(1)

18:2339B(a)(1) CONSPIRACY TO
Provide Material Support to a Foreign
Terrorist Organization
(2)

18:1956(a)(2)(A) Money Laundering;
18:2 Aiding & Abetting
(3)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge Catherine C. Blake

**Defendant**

**Haji Subandi** (3)

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371 CONSPIRACY TO Export Arms & Munitions (1) | |
| 18:2339B(a)(1) CONSPIRACY TO Provide Material Support to a Foreign Terrorist Organization (2) | |
| 18:1956(a)(2)(A) Money Laundering; 18:2 Aiding & Abetting (3) | |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                      **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                             **Disposition**

None

---

**Plaintiff**

USA                          represented by **James G Warwick**
                                            Office of the United States Attorney
                                            36 S Charles St Fourth Fl
                                            Baltimore, MD 21201
                                            14102094800
                                            Fax: 14109623124
                                            Email: James.Warwick@usdoj.gov
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Rod J Rosenstein**
                                            Office of the United States Attorney
                                            Do Not Mail
                                            Baltimore, MD 21201
                                            14102094800
                                            Email: Rod.Rosenstein@usdoj.gov

| Date Filed | # | Docket Text |
|---|---|---|
| 09/29/2006 | 10 | MOTION & ORDER granting unsealing of the Indictment as to Haniffa Bin Osman, Erick Wotulo, Haji Subandi. Signed by Judge Susan K. Gauvey on 9/29/06. (amf, Deputy Clerk) (Entered: 09/29/2006) |
| 09/19/2006 | 6 | MOTION & ORDER FOR ISSUANCE OF Bench WARRANT as to Haji Subandi. Signed by Judge Paul W. Grimm on 9/19/06. (amfs, Deputy Clerk) (Entered: 09/20/2006) |
| 09/19/2006 | 5 | MOTION & ORDER FOR ISSUANCE OF Bench WARRANT as to Erick Wotulo. Signed by Judge Paul W. Grimm on 9/19/06. (amfs, Deputy Clerk) (Entered: 09/20/2006) |
| 09/19/2006 | 4 | MOTION & ORDER FOR ISSUANCE OF Bench WARRANT as to Haniffa Bin Osman. Signed by Judge Paul W. Grimm on 9/19/06. (amfs, Deputy Clerk) (Entered: 09/20/2006) |
| 09/19/2006 | 3 | ORDER granting [2] Motion to Seal Indictment as to Haniffa Bin Osman |

| | | |
|---|---|---|
| | | (1), Erick Wotulo (2), Haji Subandi (3). Signed by Judge Paul W. Grimm on 9/19/06. (amfs, Deputy Clerk) (Entered: 09/20/2006) |
| 09/19/2006 | 2 | MOTION to Seal Indictment by USA as to Haniffa Bin Osman, Erick Wotulo, Haji Subandi. (amfs, Deputy Clerk) (Entered: 09/20/2006) |
| 09/19/2006 | 1 | SEALED INDICTMENT as to Haniffa Bin Osman (1) count(s) 1, 2, 3, Erick Wotulo (2) count(s) 1, 2, 3, Haji Subandi (3) count(s) 1, 2, 3. (amfs, Deputy Clerk) (Entered: 09/20/2006) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/01/2006 19:06:27 | | |
| **PACER Login:** | du3385 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:06-cr-00416-CCB |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |