# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: MJ-06-00021  DATE: October 04, 2006

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 10:12:50 - 10:15:56
CSO: N. Edrosa / J. Lizama

---

**APPEARANCES:**

Defendant: Haji Subandi  Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Marivic P. David  U.S. Agent: John Burgess, B.I.C.E.
U.S. Probation: Maria Cruz  U.S. Marshal: V. Roman / W. Gray
Interpreter:  Language:

---

**PROCEEDINGS: Continued Initial Appearance on Petition for Removal**

- Ms. David advised the Court that a Superseding Indictment was returned in the District of Maryland and she is awaiting her copy and intends to supplement the record.
- Parties stipulated to continue the matter.
- The Court granted the request and continued the proceeding to: October 6, 2006 at 2:00 p.m.
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: