# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: MJ-06-00021　　　　　　　　　　DATE: October 06, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 10:55:02 - 11:02:07
CSO: F. Tenorio

**APPEARANCES:**
Defendant: Haji Subandi　　　　　　　　Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Marivic P. David　　　　U.S. Agent: John Duenas, B.I.C.E.
U.S. Probation: Maria Cruz　　　　　　U.S. Marshal: V. Roman / W. Gray
Interpreter:　　　　　　　　　　　　Language:

**PROCEEDINGS: Continued Initial Appearance on Petition for Removal**
- Defendant advised of the additional charges as stated in the Amended Petition for Removal and his rights with regard to the charges.
- Identity Hearing <u>waived</u>.
- Warrant of Removal issued.
- Defendant remanded to the custody of the U.S. Marshals Service for the District of Guam for removal to the District of Maryland.

NOTES: