```
 1  LEONARDO M. RAPADAS
    United States Attorney
 2  MARIVIC P. DAVID
    Assistant U.S. Attorney
 3  Suite 500, Sirena Plaza.
    108 Hernan Cortez Ave.
 4  Hagåtña, Guam 96910
    PHONE: 472-7332
 5  FAX: 472-7334
 6  Attorneys for the United States of America
```

FILED
DISTRICT COURT OF GUAM
OCT - 6 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 06-00021 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **WAIVER OF IDENTITY** |
| HAJI SUBANDI, | ) |
| Defendant. | ) |

The defendant, after advice of counsel, waives an identity hearing and consents to an issuance of an Order requiring his appearance in the District of Maryland where there are warrants outstanding for his arrest.

10/6/06
DATE

_____
HAJI SUBANDI
Defendant

Approved as to form:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

ORIGINAL