LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
OCT - 6 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HAJI SUBANDI, ) <br> ) <br> Defendant. ) <br> _____) | MAGISTRATE CASE NO. 06-00021 <br><br> **ORDER** <br> **re: Waiver of Identity** |

HAJI SUBANDI, having been arrested in the District of Guam on a Warrant of Arrest issued pursuant to an Order, and having waived identity, HAJI SUBANDI, is committed to the U.S. Marshal's Office for the District of Guam for Removal to the District of Maryland and there deliver him to the U.S. Marshal for the District of Maryland or to some other officer authorized to receive him.

DATED this 6th day of October 2006.

_____
JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

**ORIGINAL**

Case 1:06-mj-00021    Document 13    Filed 10/06/2006    Page 1 of 1