LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
OCT -6 2006
MARY L.M. MORAN
CLERK OF COURT

### IN THE DISTRICT COURT OF GUAM

### FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 06-00021 |
| Plaintiff, | ) | |
| vs. | ) | **WARRANT OF REMOVAL** |
| HAJI SUBANDI, | ) | |
| Defendant. | ) | |

TO: U.S. MARSHAL
     District of Guam

A Superseding Indictment for defendant, HAJI SUBANDI, having been filed in the United States District Court for the District of Maryland, Criminal Case No. CCB-06-0416, charging HAJI SUBANDI, with Conspiracy to Export Arms & Munitions; Conspiracy to Provide Material Support or Resources to a Foreign Terrorist Organization; Money Laundering; Attempted Export of Arms and Munitions; and Use and Carry of a Firearm in Relation to a Crime of Violence; and

An Indictment for defendant, HAJI SUBANDI, having been filed in the United States

**ORIGINAL**

District Court for the District of Maryland, Criminal Case No. CCB-06-00439, charging HAJI SUBANDI, with Conspiracy to Export Arms & Munitions; Money Laundering; and Attempted Export of Arms and Munitions; and a Warrant for Arrest having issued for his arrest, and

Said HAJI SUBANDI, having been arrested in this District on a warrant of arrest issued pursuant to the above indictment, admitted identity, and to being held to answer in the District of Maryland, HAJI SUBANDI is committed to your custody pending removal to the District of Maryland;

You are therefore commanded to remove HAJI SUBANDI forthwith to the District of Maryland and there deliver him to the United States Marshal for the District or to some other officer authorized to received him.

DATED this 6th day of October 2006.

_____
JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam